UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>           Plaintiff,                          )<br>                                                       )<br>      v.                                            )<br>                                                       )<br> JOHN WILLIAMS LYONS-SCHWEER, )<br>                                                       )<br>           Defendant.                       )<br>                                                       ) | CASE NO. CR24-185RSM<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Attempted Enticement of a Minor

2. Possession of Child Pornography.

<u>Date of Detention Hearing</u>: October 18, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a violation of 18 U.S.C. § 2242. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is a danger to the community based on the nature of the alleged offense, his prior criminal history involving possession of child pornography, the fact that he has previously undergone sex offender treatment, but then thereafter allegedly amassed an extensive collection of CSAM. Further, he demonstrated both a compulsion and escalation in engaging, allegedly, with a UC over several months to arrange a sexual relationship with a nine year old which he described as "heaven on earth". Defendant also demonstrated a sophisticated understanding of law enforcement techniques and used the dark web to amass CSAM materials.

3. There does not appear to be any condition or combination of conditions that will reasonably address the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 18th Day of October, 2024.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3