THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>JOHN W. LYONS-SCHWEER, )<br>    Defendant. ) | No. CR24-185-RSM<br><br>ORDER TO SEAL DOCUMENT |

THE COURT has considered Mr. Lyons-Schweer's motion to seal his Sentencing Memorandum and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Mr. Lyons-Schweer's Sentencing Memorandum be filed under seal.

DONE this 9th day of July 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for John Lyons-Schweer

ORDER TO SEAL DOCUMENT
(*United States v. Lyons-Schweer*, CR24-185-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100